IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN SCOTT CHAMBERS,　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 654909

v.　　　　　　　　　　　　4:22CV00680-DPM-JTK

OUACHITA COUNTY DETENTION
CENTER, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Justin Scott Chambers ("Plaintiff") filed a pro se Complaint against multiple officials at the Ouachita County Detention Center.  (Doc. No. 2).  The Ouachita County Detention Center is in Camden, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.  See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 27th day of July, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Id.